IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THIRTY EIGHT STREET, INC. a Florida Corporation; and VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP. INC., a Florida Corporation**                                                    **PLAINTIFFS**

V.                               NO. 4:07CV00920 JMM

**BAJRANG, LLC, an Arkansas Limited Liability Company**                                                    **DEFENDANT**

## ORDER

After consideration of the motion to admit counsel Lori Irish Bauman *pro hac vice*, and it appearing to the Court that Ms. Bauman meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 3, should be, and hereby is, GRANTED.

SIGNED this 22nd day of October, 2007.

_____
James M. Moody
United States District Judge