IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**THIRTY EIGHT STREET, INC. a Florida Corporation; and VANTAGE HOSPITALITY GROUP, INC., FORMERLY KNOWN AS, BEST VALUE INN BRAND MEMBERSHIP. INC., a Florida Corporation**                          **PLAINTIFFS**

**V.**                    **NO. 4:07CV00920 JMM**

**BAJRANG, LLC, an Arkansas Limited Liability Company**                          **DEFENDANT**

## ORDER

Pursuant to the stipulation of dismissal filed herein, Plaintiffs' amended complaint is hereby dismissed without prejudice. The case will be removed from the trial docket the week of June 30, 2008. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED this 22nd day of February, 2008.

_____
James M. Moody
United States District Judge